DANIEL J. BRODERICK, #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE MANUEL HERNANDEZ-URBIETA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-0058 AWI |
| *Plaintiff,* | STIPULATION TO CONTINUE HEARING; ORDER |
| v. | |
| JOSE MANUEL HERNANDEZ-URBIETA, | Date:  May 17, 2010 |
| *Defendant.* | Time:  9:00 A.M. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Ian L. Garriques, Assistant United States Attorney, counsel for Plaintiff, and Charles J. Lee, Assistant Federal Defender, counsel for Defendant Jose Manuel Hernandez-Urbieta, that **the status conference in the above-referenced matter now set for May 3, 2010, may be continued to May 17, 2010, at 9:00 A.M.**

This continuance is requested by counsel for Defendant as the parties are in continuing plea negotiations and are close to a resolution.  Additionally, counsel for the government is starting a jury trial on today's date.  The requested continuance will conserve time and resources for the parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

|   |   |   |
|---|---|---|
| 1 |   | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 |   |   |
| 3 | DATED:  April 26, 2010 | By:  /s/  Ian L. Garriques |
| 4 |   | IAN L. GARRIQUES<br>Assistant United States Attorney<br>Attorney for Plaintiff |

DANIEL J. BRODERICK
Federal Public Defender

DATED:  April 26, 2010      By:   /s/  Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
JOSE MANUEL HERNANDEZ-URBIETA

**O R D E R**

IT IS SO ORDERED.

**Dated:    April 26, 2010**            /s/ **Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue;
Order                              −2−