DANIEL J. BRODERICK, #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE MANUEL HERNANDEZ-URBIETA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-0058 AWI |
| *Plaintiff,* | ) ) ) | STIPULATION TO CONTINUE STATUS HEARING; ORDER |
| v. | ) ) | |
| JOSE MANUEL HERNANDEZ-URBIETA, | ) ) | Date: June 7, 2010 |
| *Defendant.* | ) ) ) | Time: 9:00 A.M. Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Ian L. Garriques, Assistant United States Attorney, counsel for Plaintiff, and Charles J. Lee, Assistant Federal Defender, counsel for Defendant Jose Manuel Hernandez-Urbieta, that **the status conference in the above-referenced matter now set for May 17, 2010, may be continued to June 7, 2010, at 9:00 A.M.**

This continuance is requested by counsel for Defendant as the parties are in continuing plea negotiations and are close to a resolution. Defense counsel believes there will shortly be forthcoming a plea offer which will resolve the case, but the parties need additional time to finalize some of the language in the agreement. The requested continuance will conserve time and resources for the parties and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED: May 13, 2010                         By: /s/ Ian L. Garriques
                                            IAN L. GARRIQUES
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

                                            DANIEL J. BRODERICK
                                            Federal Public Defender

DATED: May 13, 2010                         By: /s/ Charles J. Lee
                                            CHARLES J. LEE
                                            Assistant Federal Defender
                                            Attorneys for Defendant
                                            JOSE MANUEL HERNANDEZ-URBIETA

**O R D E R**

IT IS SO ORDERED.

**Dated:    May 13, 2010**                   **/s/ Anthony W. Ishii**
                                          CHIEF UNITED STATES DISTRICT JUDGE