DANIEL J. BRODERICK, #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE MANUEL HERNANDEZ-URBIETA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> JOSE MANUEL HERNANDEZ-URBIETA, <br><br> *Defendant.* | NO. 1:10-cr-0058 AWI <br><br> STIPULATION TO CONTINUE SENTENCING HEARING; ORDER <br><br><br> Date:  September 13, 2010 <br> Time:  9:00 A.M. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Ian L. Garriques, Assistant United States Attorney, counsel for Plaintiff, and Charles J. Lee, Assistant Federal Defender, counsel for Defendant Jose Manuel Hernandez-Urbieta, that **the sentencing hearing in the above-referenced matter now set for August 23, 2010, may be continued to September 13, 2010, at 9:00 A.M.  Additionally, defense would request the deadline for filing formal objections be reset for September 6, 2010.**

This continuance is requested by counsel for Defendant as defense has ongoing investigation in an attempt to develop sentencing mitigation and complete its sentencing memorandum and also would like additional time to research the applicable sentencing laws.  The requested continuance will conserve time and resources for the parties and the court.

///

///

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

BENJAMIN B. WAGNER
United States Attorney

DATED: July 29, 2010         By: /s/ Ian L. Garriques
                             IAN L. GARRIQUES
                             Assistant United States Attorney
                             Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: July 29, 2010         By: /s/ Charles J. Lee
                             CHARLES J. LEE
                             Assistant Federal Defender
                             Attorneys for Defendant
                             JOSE MANUEL HERNANDEZ-URBIETA

**O R D E R**

IT IS SO ORDERED.

Dated:   July 30, 2010                     _____
                                           CHIEF UNITED STATES DISTRICT JUDGE