1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOSE MANUEL HERNANDEZ-URBIETA

7

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:10-cr-0058 AWI
                                       )
12              *Plaintiff,*           )   STIPULATION TO CONTINUE SENTENCING
                                       )   HEARING; ORDER
13       v.                            )
                                       )
14  JOSE MANUEL HERNANDEZ-URBIETA,     )
                                       )   Date:  October 25, 2010
15              *Defendant.*           )   Time:  9:00 A.M.
                                       )   Judge: Hon. Anthony W. Ishii
16  ────────────────────────────────  )

17       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18  counsel, Ian L. Garriques, Assistant United States Attorney, counsel for Plaintiff, and Charles J. Lee,

19  Assistant Federal Defendant, counsel for Defendant Jose Manuel Hernandez-Urbieta, that **the sentencing**

20  **hearing in the above-referenced matter now set for September 13, 2010, may be continued to**

21  **October 25, 2010, at 9:00 A.M.  Additionally, defense would request the deadline for filing formal**

22  **objections be reset for October 18, 2010.**

23       This continuance is requested by counsel for Defendant as Mr. Hernandez-Urbieta currently has an

24  ongoing family law matter he would like concluded before he is sentenced.  That family law proceeding

25  should be completed in approximately three weeks.  Additionally, defense has ongoing investigation in an

26  attempt to develop sentencing mitigation and would like the extra time to attempt to locate certain

27  witnesses.  The requested continuance will conserve time and resources for the parties and the court.

28  ///

1    As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

2

3                                                    BENJAMIN B. WAGNER
                                                     United States Attorney
4

5    DATED:  September 2, 2010            By: /s/  Ian L. Garriques
                                                 IAN L. GARRIQUES
6                                                Assistant United States Attorney
                                                 Attorney for Plaintiff
7

8                                                    DANIEL J. BRODERICK
                                                     Federal Public Defender
9

10   DATED:  September 2, 2010            By:  /s/  Charles J. Lee
                                                 CHARLES J. LEE
11                                               Assistant Federal Defender
                                                 Attorneys for Defendant
12                                               JOSE MANUEL HERNANDEZ-URBIETA

13

14

15

16

17                              **O R D E R**

18

19   IT IS SO ORDERED.

20

21   Dated:    September 2, 2010          _____
                                          CHIEF UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

Stipulation to Continue;
[Proposed] Order                          −2−