```
DANIEL J. BRODERICK, #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE MANUEL HERNANDEZ-URBIETA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>JOSE MANUEL HERNANDEZ-URBIETA,<br><br>　　　　　*Defendant.* | NO. 1:10-cr-0058 AWI<br><br>**AMENDED** STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>Date:　November 8, 2010<br>Time:　9:00 A.M.<br>Judge:　Hon. Anthony W. Ishii |

　　　**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Ian L. Garriques, Assistant United States Attorney, counsel for Plaintiff, and Charles J. Lee, Assistant Federal Defender, counsel for Defendant Jose Manuel Hernandez-Urbieta, that **the sentencing hearing in the above-referenced matter now set for September 13, 2010, may be continued to November 8, 2010, at 9:00 A.M.  Additionally, defense would request the deadline for filing formal objections be reset for November 1, 2010.**

　　　This continuance is requested by counsel for Defendant as Mr. Hernandez-Urbieta currently has an ongoing family law matter he would like concluded before he is sentenced.  That family law proceeding should be completed in approximately three weeks.  Additionally, defense has ongoing investigation in an attempt to develop sentencing mitigation and would like the extra time to attempt to locate certain witnesses.  The requested continuance will conserve time and resources for the parties and the court.

///

1   As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

BENJAMIN B. WAGNER
United States Attorney

DATED: September 2, 2010           By: /s/ Ian L. Garriques
                                   IAN L. GARRIQUES
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: September 2, 2010           By: /s/ Charles J. Lee
                                   CHARLES J. LEE
                                   Assistant Federal Defender
                                   Attorneys for Defendant
                                   JOSE MANUEL HERNANDEZ-URBIETA


**O R D E R**

IT IS SO ORDERED.

Dated:   September 2, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE